## A07A0466. LANIER AT McEVER, L.P. v. PLANNERS AND ENGINEERS COLLABORATIVE, INC. et al.

(671 SE2d 872)

RUFFIN, Presiding Judge.

In *Lanier at McEver, L.P. v. Planners and Engineers Collaborative*,[1] the Supreme Court of Georgia vacated the judgment of this Court in *Lanier at McEver, L.P. v. Planners and Engineers Collabo-*

---

[26] See id.
[1] 284 Ga. 204 (663 SE2d 240) (2008).

*rative.*[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Blackburn, P. J., and Bernes, J., concur.*

DECIDED DECEMBER 23, 2008.

*James C. Morton*, for appellant.
*Greenfield, Bost & Kliros, Michael W. Lord*, for appellees.

---

[2] 285 Ga. App. 411 (646 SE2d 505) (2007).